```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSUE PAGUADA, Individually, and On
Behalf of All Others Similarly Situated,

                                         Plaintiff,

-against-

BOWMAN BEAUTY & BARBER SUPPLY, INC,

                                         Defendant.
-------------------------------------------------------------- X

22-CV-0836 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS an in-person Initial Pre-Trial Conference is currently scheduled for June 10, 2022, at 10:00 a.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the Initial Pre-Trial Conference is adjourned until **June 13, 2022, at 10:00 a.m.**

**SO ORDERED.**

**Date: June 3, 2022**
**New York, New York**

                                                                        **VALERIE CAPRONI**
                                                                   **United States District Judge**