```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/7/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOSUE PAGUADA, Individually, and On
Behalf of All Others Similarly Situated,  :

                                 Plaintiff,  :

            -against-  :

BOWMAN BEAUTY & BARBER SUPPLY,
INC,  :

                         Defendant.  :
------------------------------------------------------------- X

22-CV-0836 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS an in-person Initial Pre-Trial Conference is currently scheduled for June 13, 2022, at 10:00 a.m.; and

    WHEREAS that time is no longer convenient for the Court;

    IT IS HEREBY ORDERED that the Initial Pre-Trial Conference is adjourned until **June 13, 2022, at 1:00 p.m.**

**SO ORDERED.**

Date:  June 7, 2022
       New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**