

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/22
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSUE PAGUADA,

    Plaintiff,

v.

BOWMAN BEAUTY & BARBER SUPPLY, INC.,

    Defendant.

Civil Action
No.: 1:22-cv-00836-VEC

## NOTICE OF MOTION

1. The above matter is currently scheduled for an in person Initial Pre-Trial Conference ("IPTC") on Monday, June 13, at 1 p.m.

2. Pursuant to Section D(1) of the Court's Individual Practices In Civil Cases (Rev. April 13, 2022), "Initial pretrial conferences may be held telephonically or in person."

3. As defendant's counsel is physically located in Boston, Massachusetts, it is respectfully requested that leave to telephonically attend the June 13, 2022 ITPC be granted.

4. The undersigned has conferred with plaintiff's counsel and they do not object to the request for telephonic hearing.

WHEREFORE, it is respectfully requested that leave be granted for counsel to attend the June 13, 2022 initial pretrial conference telephonically and that a link for same be established, along with such other relief as the Court deems proper.

Dated: June 10, 2022

Respectfully submitted,

BOWMAN BEAUTY & BARBER SUPPLY, INC.
by and through its attorney,

/s/ *Michael D. Simons*
Michael D. Simons
SDNY Bar ID: MS7745
CMBG$_3$ Law LLC
265 Franklin Street, 6th Floor
Boston, MA 02110
msimons@cmbg3.com

**CERTIFICATION**

      This is to certify that on June 10, 2022 a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Michael D. Simons*
Michael D. Simons

---

Application GRANTED. Counsel may call-in to the in-person hearing currently scheduled for June 13, 2022, at 1:00 p.m. by dialing-in at (888) 363-4749 // Access code: 3121171# // Security code 8360#. Counsel is advised to make these requests in a more timely manner going forward.

SO ORDERED.

*[signature]* 6/13/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE