```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/13/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSUE PAGUADA, Individually, and On　　　　　:
Behalf of All Others Similarly Situated,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:　　22-CV-0836 (VEC)
　　　　　　　　　　　　　　　　Plaintiff,　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:　　ORDER
　　　　　　-against-　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
BOWMAN BEAUTY & BARBER SUPPLY,　　　　　:
INC,　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　Defendant.　　　　:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　　WHEREAS the parties appeared for an Initial Pre-Trial Conference on June 13, 2022;

　　　　IT IS HEREBY ORDERED that Defendant's time to move or answer is ADJOURNED until June 24, 2022.  If Defendant moves to dismiss, Plaintiff must respond not later than July 22, 2022.  Defendant's reply is due not later than August 5, 2022.

　　　　IT IS FURTHER ORDERED that, should Defendant file a motion to dismiss, discovery shall be stayed pending the Court's resolution of that motion.

**SO ORDERED.**

**Date:  June 13, 2022**　　　　　　　　　　　　　　　　　　_____
**　　　　New York, New York**　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**